IN THE MATTER OF KATHLEEN FARRELL.

June 27, 1986.

Certification to the Superior Court, Law Division, Ocean County, is granted.

STATE OF NEW JERSEY v. PATRICK HALL.

June 27, 1986.

Leave to appeal is granted, and the order of disqualification of defense counsel entered by the Appellate Division on January 7, 1986 is summarily reversed; and it is further

ORDERED that defense counsel is to be reinstated upon the submission to the trial court of defendant's written consent to defense counsel's representation.

Jurisdiction is not retained.

KAREN COOPER v. NORTON J. COOPER.

June 27, 1986.

Leave to appeal is granted, and the March 13, 1986 order of dismissal entered by the Appellate Division is summarily modified to reinstate those portions of plaintiff's appeal that address the issue of counsel and experts' fees and increased support.

Jurisdiction is not retained.